UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re: Bybee, Kent

Debtors

Case No. 10-32342
Chapter 7

## PAYMENT ADVICES[1] CERTIFICATION

Under 11 U.S.C. § 521(a)(1)(B)(iv), I,[2] Kent Bybee, hereby state as follows (select one):

- [x] 1. I have attached hereto, or previously filed with the Court, copies of **all** payment advices or other evidence of payment received from any employer within 60 days before the date of the filing of my bankruptcy petition.

- [ ] 2. I did not receive any payment advices or other evidence of payment at any point during the 60 days before the date of the filing of my bankruptcy petition.

- [ ] 3. I received payment advices from an employer during the 60 days before the date of the filing of my bankruptcy petition but have been unable to locate all of the documents or replacements. I understand that if I do not submit all payment advices or other evidence of payment within 45 days from the filing of my bankruptcy petition, my case wil be **automatically dismissed without further notice** or hearing.

I declare under penalty of perjury that the foregoing statement is true and correct to the best of our knowledge, information and belief.

Dated this 8 day of September, 2010

/s/ Kent Bybee
(Signature of Debtor)

---

1. A "Payment Advice" includes, but not limited to, pay stubs attached to your paycheck, employer's statements of hours and earnings, deposit notifications, etc.

2. A separate form must be submitted by each debtor in a joint case.

**(Mail completed form to: U.S.B.C., 350 South Main Street, Salt Lake City, Utah 84101)**

# Earnings Statement

**ADP**

OVERLAND ENTERPRISES, INC.
2805 WASHINGTON BLVD.
P.O. BOX 600
OGDEN, UTAH 84402

Period Ending: 06/30/2010
Pay Date: 07/06/2010

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 11
  UT: 11

KENT M. BYBEE
6340 NORTH SALT
CREEK RD.
HONEYVILLE, UT 84314

Social Security Number: XXX-XX-2478

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3681.94 | | 3,681.94 | |
| Misc. | | | | 50.00 |
| **Gross Pay** | | | **$3,681.94** | 47,858.35 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Credit | | 0.00 |
| Sick Balance | | 64.00 |
| Vacation Bal | | 72.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -168.00 | 2,195.84 |
| | Social Security Tax | -217.93 | 2,838.04 |
| | Medicare Tax | -50.96 | 663.73 |
| | UT State Income Tax | -138.88 | 1,810.45 |
| | Other | | |
| | Checking | -2,902.45 | |
| | Dental | -26.72* | 338.89 |
| | Flex Med | -83.33* | 1,062.46 |
| | Health Ins. | -56.85* | 682.18 |
| | Profit Sharing | -36.82 | 478.61 |
| | Misc. | | 50.00 |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $3,515.04

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

OVERLAND ENTERPRISES, INC.
2805 WASHINGTON BLVD.
P.O. BOX 600
OGDEN, UTAH 84402

Advice number: 00000260008
Pay date: 07/06/2010

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KENT M. BYBEE | x4498 | xxxx xxxx | $2,902.45 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement ADP

OVERLAND ENTERPRISES, INC.
2805 WASHINGTON BLVD.
P.O. BOX 600
OGDEN, UTAH 84402

Period Ending: 07/15/2010
Pay Date: 07/20/2010

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 11
  UT: 11

KENT M. BYBEE
6340 NORTH SALT
CREEK RD.
HONEYVILLE, UT 84314

Social Security Number: XXX-XX-2478

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3681.94 | | 3,681.94 | |
| Misc. | | | | 50.00 |
| Gross Pay | | | $3,681.94 | 51,540.29 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Credit | | 0.00 |
| Sick Balance | | 64.00 |
| Vacation Bal | | 40.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -168.00 | 2,363.84 |
| | Social Security Tax | -217.93 | 3,055.97 |
| | Medicare Tax | -50.97 | 714.70 |
| | UT State Income Tax | -138.88 | 1,949.33 |
| | Other | | |
| | Checking | -2,902.44 | |
| | Dental | -26.72* | 365.61 |
| | Flex Med | -83.33* | 1,145.79 |
| | Health Ins. | -56.85* | 739.03 |
| | Profit Sharing | -36.82 | 515.43 |
| | Misc. | | 50.00 |
| Net Pay | | $0.00 | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $3,515.04

---

OVERLAND ENTERPRISES, INC.
2805 WASHINGTON BLVD.
P.O. BOX 600
OGDEN, UTAH 84402

Advice number: 00000290008
Pay date: 07/20/2010

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KENT M. BYBEE | x4498 | XXXX XXXX | $2,902.44 |

**NON-NEGOTIABLE**

THIS IS NOT A CHECK

# Earnings Statement 

OVERLAND ENTERPRISES, INC.  
2805 WASHINGTON BLVD.  
P.O. BOX 600  
OGDEN, UTAH 84402

Period Ending: 07/31/2010  
Pay Date: 08/05/2010

Taxable Marital Status: Married  
Exemptions/Allowances:  
  Federal: 11  
  UT: 11

KENT M. BYBEE  
6340 NORTH SALT  
CREEK RD.  
HONEYVILLE, UT 84314

Social Security Number: XXX-XX-2478

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3681.94 | | 3,681.94 | |
| Misc. | | | | 50.00 |
| **Gross Pay** | | | **$3,681.94** | 55,222.23 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Credit | | 0.00 |
| Sick Balance | | 64.00 |
| Vacation Bal | | 16.00 |

**Deductions**

Statutory
| | this period | year to date |
|---|---|---|
| Federal Income Tax | -168.00 | 2,531.84 |
| Social Security Tax | -217.93 | 3,273.90 |
| Medicare Tax | -50.97 | 765.67 |
| UT State Income Tax | -138.88 | 2,088.21 |

Other
| | this period | year to date |
|---|---|---|
| Checking | -2,902.44 | |
| Dental | -26.72* | 392.33 |
| Flex Med | -83.33* | 1,229.12 |
| Health Ins. | -56.85* | 795.88 |
| Profit Sharing | -36.82 | 552.25 |
| Misc. | | 50.00 |

**Net Pay**    **$0.00**

\* Excluded from federal taxable wages

Your federal taxable wages this period are $3,515.04

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

OVERLAND ENTERPRISES, INC.  
2805 WASHINGTON BLVD.  
P.O. BOX 600  
OGDEN, UTAH 84402

Advice number: 00000310008  
Pay date: 08/05/2010

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KENT M. BYBEE | x4498 | XXXX XXXX | $2,902.44 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

OVERLAND ENTERPRISES, INC.
2805 WASHINGTON BLVD.
P.O. BOX 600
OGDEN, UTAH 84402

Period Ending: 08/15/2010
Pay Date: 08/20/2010

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 11
  UT: 11

KENT M. BYBEE
6340 NORTH SALT
CREEK RD.
HONEYVILLE, UT 84314

Social Security Number: XXX-XX-2478

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3681.94 | | 3,681.94 | |
| Misc. | | | | 50.00 |
| **Gross Pay** | | | **$3,681.94** | 58,904.17 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Credit | | 0.00 |
| Sick Balance | | 64.00 |
| Vacation Bal | | 120.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -168.00 | 2,699.84 |
| | Social Security Tax | -217.94 | 3,491.84 |
| | Medicare Tax | -50.97 | 816.64 |
| | UT State Income Tax | -138.88 | 2,227.09 |
| | Other | | |
| | Checking | -2,125.89 | |
| | Dental | -26.72* | 419.05 |
| | Flex Med | -83.33* | 1,312.45 |
| | Garnishment | -776.54 | 776.54 |
| | Health Ins. | -56.85* | 852.73 |
| | Profit Sharing | -36.82 | 589.07 |
| | Misc. | | 50.00 |
| **Net Pay** | | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $3,515.04

---

OVERLAND ENTERPRISES, INC.
2805 WASHINGTON BLVD.
P.O. BOX 600
OGDEN, UTAH 84402

Advice number: 00000330008
Pay date: 08/20/2010

Deposited to the account of
KENT M. BYBEE

| account number | transit ABA | amount |
|---|---|---|
| x4498 | XXXX XXXX | $2,125.89 |

**NON-NEGOTIABLE**

THIS IS NOT A CHECK

# Earnings Statement

**ADP**

OVERLAND ENTERPRISES, INC.
2805 WASHINGTON BLVD.
P.O. BOX 600
OGDEN, UTAH 84402

Period Ending:  08/31/2010
Pay Date:  09/03/2010

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:  11
  UT:  11

KENT M. BYBEE
6340 NORTH SALT
CREEK RD.
HONEYVILLE, UT 84314

Social Security Number: XXX-XX-2478

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3681.94 | | 3,681.94 | |
| Misc. | | | | 50.00 |
| **Gross Pay** | | | **$3,681.94** | 62,586.11 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Credit | | 0.00 |
| Sick Balance | | 64.00 |
| Vacation Bal | | 120.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -168.00 | 2,867.84 |
| | Social Security Tax | -217.93 | 3,709.77 |
| | Medicare Tax | -50.97 | 867.61 |
| | UT State Income Tax | -138.88 | 2,365.97 |
| | **Other** | | |
| | Checking | -2,125.90 | |
| | Dental | -26.72* | 445.77 |
| | Flex Med | -83.33* | 1,395.78 |
| | Garnishment | -776.54 | 1,553.08 |
| | Health Ins. | -56.85* | 909.58 |
| | Profit Sharing | -36.82 | 625.89 |
| | Misc. | | 50.00 |
| **Net Pay** | | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,515.04

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

OVERLAND ENTERPRISES, INC.
2805 WASHINGTON BLVD.
P.O. BOX 600
OGDEN, UTAH 84402

Advice number: 00000350008
Pay date: 09/03/2010

Deposited to the account of
KENT M. BYBEE

| account number | transit ABA | amount |
|---|---|---|
| x4498 | xxxx xxxx | $2,125.90 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re: Bybee, Carolyn

Debtors

Case No. 10-32342
Chapter 7

## PAYMENT ADVICES[1] CERTIFICATION

Under 11 U.S.C. § 521(a)(1)(B)(iv), I,[2] Carolyn Bybee ,hereby state as follows (select one ):

- ☒ 1. I have attached hereto, or previously filed with the Court, copies of **all** payment advices or other evidence of payment received from any employer within 60 days before the date of the filing of my bankruptcy petition.

- ☐ 2. I did not receive any payment advices or other evidence of payment at any point during the 60 days before the date of the filing of my bankruptcy petition.

- ☐ 3. I received payment advices from an employer during the 60 days before the date of the filing of my bankruptcy petition but have been unable to locate all of the documents or replacements. I understand that if I do not submit all payment advices or other evidence of payment within 45 days from the filing of my bankruptcy petition, my case wil be **automatically dismissed without further notice** or hearing.

I declare under penalty of perjury that the foregoing statement is true and correct to the best of our knowledge, information and belief.

Dated this __8__ day of __September__, 20__10__

/s/ Carolyn Bybee
_____
(Signature of Debtor)

---

1. A "Payment Advice" includes, but not limited to, pay stubs attached to your paycheck, employer's statements of hours and earnings, deposit notifications, etc.

2. A separate form must be submitted by each debtor in a joint case.

**(Mail completed form to: U.S.B.C., 350 South Main Street, Salt Lake City, Utah 84101)**

# BOX ELDER SCHOOL DISTRICT
960 SOUTH MAIN  
BRIGHAM CITY                              UT 84302-3162

| Date | Number |
|---|---|
| 06/30/2010 | 278583 |

**NET PAY**: 944.38

Earnings Statement For Your Records Only

CAROLYN BYBEE  
6340 SALT CREEK ROAD  
104  
HONEYVILLE  UT 84314

EARNINGS STATEMENT  
NOT NEGOTIABLE  
DO NOT CASH

| LOC | SOC. SEC. | M | EX |
|---|---|---|---|
| 104 | - - | M | 5 |

### Vacation
| Earned | Used | Balance |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

### Sick Leave
| Earned | Used | Balance |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

### Personal
| Earned | Used | Balance |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

### Furlough
| Earned | Used | Balance |
|---|---|---|
| 0.00 | 0.00 | 0.00 |



Box Elder School District

| Earnings | Current | Yr to Dt |
|---|---|---|
| Hrs/Days | 0.00 | |
| Regular | 1022.61 | |
| Other | 0.00 | |
| Ded Abs | 0.00 | |
| Gross Pay | 1022.61 | 6280.97 |

| Witholdings | Current | Yr to Dt |
|---|---|---|
| FICA | 78.23 | 480.49 |
| Fed Tax | 0.00 | 5.00 |
| State Tax | 0.00 | 2.00 |
| Retire | 0.00 | 0.00 |

| Vol Deductions | Current | Yr to Dt |
|---|---|---|
| Tax Shelt | 0.00 | 0.00 |
| Other | 0.00 | 0.00 |

| NET PAY | 944.38 |
|---|---|

| Earn Code | Hrs/Days | Rate | Prog # | Prog Desc | Earnings | Voluntary Deductions | Ded $ | Yr to Dt $ |
|---|---|---|---|---|---|---|---|---|
| 104 | | | 8000 | SCHOOL LUNCH | 1022.61 | | | |

Message:

# BOX ELDER SCHOOL DISTRICT
960 SOUTH MAIN
BRIGHAM CITY UT 84302-3162

| Date | Number |
|---|---|
| 07/30/2010 | 280290 |

**NET PAY**: 944.38

Earnings Statement For Your Records Only

CAROLYN BYBEE
6340 SALT CREEK ROAD
104
HONEYVILLE  UT 84314

EARNINGS STATEMENT
NOT NEGOTIABLE
DO NOT CASH

| LOC | SOC. SEC. | M | EX |
|---|---|---|---|
| 104 | - - | M | 5 |

**Vacation**
| Earned | Used | Balance |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

**Sick Leave**
| Earned | Used | Balance |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

**Personal**
| Earned | Used | Balance |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

**Furlough**
| Earned | Used | Balance |
|---|---|---|
| 0.00 | 0.00 | 0.00 |


Box Elder School District

| Earnings | Current | Yr to Dt |
|---|---|---|
| Hrs/Days | 0.00 | |
| Regular | 1022.61 | |
| Other | 0.00 | |
| Ded Abs | 0.00 | |
| Gross Pay | 1022.61 | 7303.58 |

| Withholdings | Current | Yr to Dt |
|---|---|---|
| FICA | 78.23 | 558.72 |
| Fed Tax | 0.00 | 5.00 |
| State Tax | 0.00 | 2.00 |
| Retire | 0.00 | 0.00 |

| Vol Deductions | Current | Yr to Dt |
|---|---|---|
| Tax Shelt | 0.00 | 0.00 |
| Other | 0.00 | 0.00 |

**NET PAY**: 944.38

| Earn Code | Hrs/Days | Rate | Prog # | Prog Desc | Earnings | Voluntary Deductions | Ded $ | Yr to Dt $ |
|---|---|---|---|---|---|---|---|---|
| 104 | | | 8000 | SCHOOL LUNCH | 1022.61 | | | |

Message:

# BOX ELDER SCHOOL DISTRICT
960 SOUTH MAIN
BRIGHAM CITY  UT 84302-3162

| Date | Number |
|---|---|
| 08/31/2010 | 281629 |

**NET PAY:** 938.50

Earnings Statement For Your Records Only

CAROLYN BYBEE
6340 SALT CREEK ROAD
104
HONEYVILLE  UT 84314

EARNINGS STATEMENT
NOT NEGOTIABLE
DO NOT CASH

| LOC | SOD | SEG | M | EX |
|---|---|---|---|---|
| 104 | - | - | M | 5 |

### Vacation
| Earned | Used | Balance |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

### Sick Leave
| Earned | Used | Balance |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

### Personal
| Earned | Used | Balance |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

### Furlough
| Earned | Used | Balance |
|---|---|---|
| 0.00 | 0.00 | 0.00 |



| Earnings | Current | Yr to Dt |
|---|---|---|
| Hrs/Days | 0.00 | |
| Regular | 1016.25 | |
| Other | 0.00 | |
| Ded Abs | 0.00 | |
| Gross Pay | 1016.25 | 8319.83 |

| Withholdings | Current | Yr to Dt |
|---|---|---|
| FICA | 77.75 | 636.47 |
| Fed Tax | 0.00 | 5.00 |
| State Tax | 0.00 | 2.00 |
| Retire | 0.00 | 0.00 |

| Vol Deductions | Current | Yr to Dt |
|---|---|---|
| Tax Shelt | 0.00 | 0.00 |
| Other | 0.00 | 0.00 |

| NET PAY | 938.50 |
|---|---|

| Earn Code | Hrs/Days | Rate | Prog # | Prog Desc | Earnings | Voluntary Deductions | | Yr to Dt |
|---|---|---|---|---|---|---|---|---|
| 104 | | | 8000 | SCHOOL LUNCH | 1016.25 | | | |

Message: